407 A.2d 1308

**In re ESTATE OF Aaron H. DENLINGER, Jr., Deceased.**

**APPEAL of MAY, GROVE, STORK & BLAKINGER, Claimants.**

Supreme Court of Pennsylvania.

Nov. 26, 1979.

Charles B. Grove, Jr., Lancaster, for appellants.

William M. Musser, Jr., Lancaster, for appellee, Flint L. Denlinger.

Bernard J. Myers, Jr., Lancaster, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Costs on the Estate.

MANDERINO, J., took no part in the consideration or decision of this case.